# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

No. 24-1305

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM, DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ, MISTY MCKINNEY and CHRIS KLINE,

*Plaintiffs-Appellants*,

v.

FRONTIER AIRLINES, INC.,

*Defendant-Appellee*.

On Appeal from the United States District Court for the District of Colorado
District Court Case No.: 1:23-CV-02093-RMR-KAS
U.S. District Judge Regina M. Rodriguez

## PLAINTIFFS-APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Plaintiffs-Appellants Jeriyma Hartsfield, Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty Mckinney and Chris Kline hereby move the Court, pursuant to Federal Rule of Appellate Procedure, Rule 42(b)(2), to dismiss this appeal. In support of this motion, the Plaintiffs-Appellants state as follows:

1. On August 17, 2023, Plaintiff Jeriyma Hartsfield, on behalf of herself and all others similarly situated, filed a Class Action Complaint against Defendant

Frontier Airlines, Incorporated.[1] On November 29, 2023, the Class Action Complaint was amended adding Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty Mckinney and Chris Kline as Plaintiffs. [ECF Nos. 1 & 27].[2]

2.  On January 9, 2024, Defendant Frontier Airlines, Inc., moved, *inter alia*, for an order to compel arbitration and to dismiss the Class Action Amended Complaint. [ECF No. 30].

3.  On January 10, 2024, Judge Regina M. Rodriguez referred Defendant Frontier Airlines' Motion to Compel Arbitration and Dismiss Class Action Complaint to Magistrate Judge Kathryn A. Starnella. [ECF No. 33].

4.  On June 14, 2024, Magistrate Judge Kathryn A. Starnella entered her Recommendation that the Defendant's motion "be **GRANTED** to the extent that Defendant seeks an order compelling arbitration" and it was further recommended "that Plaintiffs' claims be **DISMISSED WITHOUT PREJUDICE**." [ECF No. 52] (bold and capitalizations in original). It was further Ordered that objections be filed

---

[1] By Order dated January 26, 2024, the Court dismissed, with prejudice, the "Non-Airline Defendants" Frontier Airlines Holdings, Inc., Frontier Airlines Management, Inc., and Indigo Partners LLC, in response to the parties' Joint Stipulation of Dismissal. [ECF Nos. 37 & 38]. Since these entities were dismissed prior to the filing of this appeal, they are not addressed herein.
[2] Plaintiffs-Appellants use the naming convention "ECF No. 1," for example, to identify the docket number assigned to various documents filed in the District Court for the District of Colorado using the case management and electronic filing system (CM/ECF).

within 14 days of service of the Recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

5.  Since no objections to the recommended disposition were filed, Judge Rodriguez entered an Order Adopting the Magistrate Judge's Recommendation on July 1, 2024. [ECF No. 53].

6.  Then, on July 30, 2024, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Tenth Circuit, seeking to appeal the final judgment that was entered on July 1, 2024. [ECF No. 55].

7.  On August 9, 2024, counsel for the parties met and conferred regarding Defendant-Appellee's position on the voluntary dismissal of the instant appeal. Undersigned counsel has been informed that this motion is unopposed.

Accordingly, Plaintiffs-Appellants voluntarily move to dismiss their appeal from the Order Adopting Magistrate Judge's Recommendation, entered July 1, 2024. This motion is being filed within 14 days after the notice of appeal was filed and no appeal briefs have been filed by either side. Plaintiffs-Appellants request that the Court grant the voluntary dismissal of this appeal, with each side to bear its own costs.

Dated: August 13, 2024

                              Respectfully submitted,

                              */s/ Paul J. Doolittle*
                              Paul J. Doolittle, Esq.

       POULIN | WILLEY | ANASTOPOULO, LLC
       32 Ann Street
       Charleston, SC 29403
       T: (803) 222-2222
       E: Paul.doolittle@poulinwilley.com
          cmad@poulinwilley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, August 13, 2024, I electronically filed the foregoing Motion for Voluntary Dismissal of Appeal using the court's CM/ECF system which will send notification of such filing to all parties who have appeared and are registered as CM/ECF participants in this matter.

Dated: August 13, 2024

       */s/ Paul J. Doolittle*
       Paul J. Doolittle, Esq.
       POULIN | WILLEY | ANASTOPOULO, LLC
       32 Ann Street
       Charleston, SC 29403
       T: (803) 222-2222
       E: Paul.doolittle@poulinwilley.com
          cmad@poulinwilley.com