FILED
United States Court of Appeals
Tenth Circuit

August 13, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

JERIYMA HARTSFIELD; SIMON GEBRU; MARK GRAHAM; DAKOTA HELM; MARLON GOSA; DOMINIQUE GUTIERREZ; MISTY MCKINNEY; CHRIS KLINE, individually and on behalf of others similarly situated,

    Plaintiffs - Appellants,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 24-1305
(D.C. No. 1:23-CV-02093-RMR-KAS)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on *Plaintiffs-Appellants' Motion for Voluntary Dismissal of Appeal* pursuant to Federal Rule of Appellate Procedure 42(b)(2) with each party to bear his, her or its own costs on appeal.

Upon consideration, the court dismisses this appeal pursuant to Rule 42(b) with each party to bear his, her, or its own costs on appeal. *See* Fed. R. App. P. 42(b)(1); 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of the court.

                          Entered for the Court

                          CHRISTOPHER M. WOLPERT, Clerk